# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50344
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2018

Lyle W. Cayce
Clerk

BLAYNE D. WILLIAMS, SR.

Plaintiff-Appellant

v.

CITY OF AUSTIN; AUSTIN POLICE DEPARTMENT; MARGO FRASIER, in her official and individual capacities; FRED FLETCHER, in his official capacity; ART ACEVEDO, in his official and individual capacities; JOHN DOE; JANE DOE; AUSTIN POLICE DEPARTMENT - ART ACEVEDO, in his official and individual capacities; CHATTANOOGA POLICE DEPARTMENT; FRED FLETCHER, in his individual capacity

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CV-1338

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Plaintiff-Appellant, Blayne D. Williams, Sr., proceeding pro se, is before us for the second time in this case, now under Rule 60(b). This time he seeks to overturn the district court's March 2018 Order denying his Motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50344

Relief from Judgment.  At the core of both of Williams's appeals has been the rejection of his contention that the statute of limitations should not have been employed to dismiss his lawsuit because of the "Continuous Violations Doctrine" which prevents application of the time bar.

We have reviewed the record on appeal, including the briefs of the parties and the district court's March 26, 2018 Order denying Williams's Motion for Relief from Judgment, and we conclude that the district court did not abuse its discretion in denying that motion or in any other way.  The abovesaid Order is, therefore, AFFIRMED.